UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| NANCY TRUSSEL, : | |
| : | 07 CV 6101(WHP) |
| Plaintiff, : | |
| : | |
| -against- : | **Rule 7.1 Statement** |
| : | |
| CIGNA LIFE INSURANCE COMPANY : | |
| OF NEW YORK, and CORNELL UNIVERSITY, : | |
| : | |
| Defendants. : | |

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Cigna Life Insurance Company of New York certifies the following:

CIGNA Life Insurance Company of New York is a wholly owned subsidiary of Connecticut General Corporation, which is a wholly owned subsidiary of CIGNA Holdings. CIGNA Holdings is a wholly owned subsidiary of CIGNA Corporation.

Dated:   White Plains, New York
         September 6, 2007

                                 WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                                 By:  /s/ Michelle M. Arbitrio
                                       Michelle M. Arbitrio (MA 2137)
                                       3 Gannett Drive
                                       White Plains, New York 10604-3407
                                       Phone (914) 323-7000
                                       Facsimile (914) 323-7001

1682341v.1

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2007, a copy of the foregoing Rule 7.1 Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ Michelle M. Arbitrio
Michelle M. Arbitrio (MA 2137)

1682341v.1