## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             )SS :
COUNTY OF WESTCHESTER        )

    UNDINE MASSIAH, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Brooklyn, New York.

    On the 6th day of September, 2007, deponent served the within

### RULE 7.1 STATEMENT

Upon:

    Mr. Jason A. Newfield
    Frankel & Newfield, P.C.
    585 Stewart Avenue, Suite 301
    Garden City, New York 11530

a copy of the foregoing which was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                          _____
                                                          UNDINE MASSIAH

Sworn to before me this
6th day of September, 2007

_____
Notary Public

**MAURA LOOBY**
Notary Public, State of New York
No. 01L04921163
Qualified in Putnam County
Commission Expires May31, 2010

1684662.1