UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| NANCY TRUSSEL, | 07 CV 6101(WHP) |
| Plaintiff, | |
| -against- | **Rule 7.1 Statement** |
| CIGNA LIFE INSURANCE COMPANY OF NEW YORK, and CORNELL UNIVERSITY, | |
| Defendants. | |

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Cigna Life Insurance Company of New York certifies the following:

CIGNA Life Insurance Company of New York is a wholly owned subsidiary of Connecticut General Corporation, which is a wholly owned subsidiary of CIGNA Holdings. CIGNA Holdings is a wholly owned subsidiary of CIGNA Corporation.

Dated:  White Plains, New York
        September 6, 2007

                                                 WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                                                 By:  /s/ Michelle M. Arbitrio
                                                      Michelle M. Arbitrio (MA 2137)
                                                      3 Gannett Drive
                                                      White Plains, New York 10604-3407
                                                      Phone (914) 323-7000
                                                      Facsimile (914) 323-7001

## CERTIFICATE OF SERVICE

    I hereby certify that on September 6, 2007, a copy of the foregoing Rule 7.1 Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                           /s/ Michelle M. Arbitrio
                                           Michelle M. Arbitrio (MA 2137)