UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

Trussel

v

Cigna Life

-------------------------------------------------------------- X

USDC SDNY
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/07

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 6101 (SAS)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

✓ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions:____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
         Oct. 30, 2007

# Hopefully before
# Nov. 21 ("pregnant counsel problem")

_____
United States District Judge