UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NANCY TRUSSEL,

          Plaintiff,

   -against-

CIGNA LIFE INSURANCE COMPANY
OF NEW YORK, and CORNELL UNIVERSITY,

          Defendants.

07 CV 6101(WHP)

**NOTICE OF APPEARANCE**

---

To the Clerk of this Court and all parties of record:

    Please take notice that Emily A. Hayes is appearing as counsel on behalf of defendant Cigna Life Insurance Company of New York in the captioned matter. Please forward all correspondence regarding this matter to my attention.

Dated:   White Plains, New York
          November 20, 2007

                                            Respectfully Submitted,

                                            */s/ Emily A. Hayes*
                                            Emily A. Hayes (EH 5243)
                                            Wilson, Elser, Moskowitz, Edelman & Dicker LLP
                                            *Attorneys for Defendant*
                                            3 Gannett Drive
                                            White Plains, New York 10604-3407
                                            Phone (914) 323-7000
                                            Facsimile (914) 323-7001
                                            emily.hayes@wilsonelser.com

1815463.1

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2007, a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System..

/s/ Emily A. Hayes
Emily A. Hayes (EH 5243)

1815463.1