## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             )SS :
COUNTY OF WESTCHESTER        )

UNDINE MASSIAH, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Brooklyn, New York.

On the 20th day of November, 2007, deponent served the within

### NOTICE OF APPEARANCE

Upon:

Fern H. Paes
The Law Firm of Paes & Paes
Attorneys for Plaintiff
Ethel Pancotti
4 Washington Avenue
Sandy Hook, CT 06482


a copy of the foregoing which was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and also sent by regular mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing, under the custody and care of the United States Postal Service of New York. Parties may access this filing through the Court's CM/ECF System.

_____
UNDINE MASSIAH

Sworn to before me this
20th day of November, 2007

_____
Notary Public

NANCY NAUMAN
Notary Public, State of New York
No. 4930293
Qualified in Westchester County
Commission Expires May 9, 2010

1816449.1