**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                             :

|  |  |  |
|---|---|---|
| NANCY TRUSSEL, | : | CV 07CV 6101  (SAS) |
| Plaintiff, | : | |
| - vs. - | : | **DECLARATION OF** |
| | : | **JASON NEWFIELD** |
| CIGNA LIFE INSURANCE COMPANY OF NEW YORK, and CORNELL UNIVERSITY | : | |
| Defendants. | : | |

-------------------------------------------------------------x

Pursuant to 28 U.S.C. § 1746, Jason Newfield states as follows:

1.      I am a Partner with Frankel & Newfield, P.C. and I am counsel of record for the Plaintiff, Nancy Trussel, in this matter.

2.      Annexed hereto as Exhibit "A" is Bates 0887-93 a printout from the National Institute of Neurological Disorders and Stroke discussing transverse myelitis. .

3.      Annexed hereto as Exhibit "B" is a true and accurate copy of letter from Counsel for Defendant dated October 4, 2007.

4.      Annexed hereto as Exhibit "C" is a true and accurate copy of a Court Order obtained from PACER regarding the Joseph-Myers v. UNUM Provident matter, dated February 2004.

5.      Annexed hereto as Exhibit "D" is a true and correct copy of Dr. Joseph Jares' report dated November 18, 2005, Bates 0297-0306.

6.      Annexed hereto as Exhibit "E" is a true and correct copy of internal claim notes from Defendant, Bates 1071-72.

7.      Annexed hereto as Exhibit "F" is a true and correct copy of Dr. Joseph Jares' report dated December 12, 2005, Bates 1078-79.

8.    Annexed hereto as Exhibit "G" is a true and correct copy of Dr. Joseph Jares' report dated December 21, 2005, Bates 1084-86.

9.    Annexed hereto as Exhibit "H" is a true and correct copy of Dr. Joseph Jares' report dated January 5, 2006, Bates 1074-76.

10.    Annexed hereto as Exhibit "I" are internal claim notes from Defendant Acclaim Notes, Bates 0133-34.

11.    Annexed hereto as Exhibit "J" is a true and correct copy of a medical records from Dr. Jody Stackman, Bates 0356-58.

12.    Annexed hereto as Exhibit "K" is a true and accurate copy of a medical records from Dr. Jody Stackman, Bates 0744-45.

13.    Annexed hereto as Exhibit "L" is a true and accurate copy of a letter written by Plaintiff dated September 24, 2006, Bates 0721-24.

14.    Annexed hereto as Exhibit "M" is a true and accurate copy of Defendant's internal claim Acclaim Notes, and a referral form on Advantage 2000 letterhead indicating that Defendant referred Ms. Trussel, Bates 0099-0100 and letter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 21, 2007

_____
Jason Newfield