IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NANCY TRUSSEL,

    Plaintiff,

- vs. -

CIGNA LIFE INSURANCE COMPANY OF
NEW YORK, and CORNELL UNIVERSITY

    Defendants.

---

CV 07CV 6101 (SAS)

**DECLARATION OF JASON NEWFIELD**

Pursuant to 28 U.S.C. § 1746, Jason Newfield states as follows:

1. I am a Partner with Frankel & Newfield, P.C. and I am counsel of record for the Plaintiff, Nancy Trussel, in this matter.

2. Annexed hereto as Exhibit "A" is a true copy of the Deposition of Richard Lodi, a Senior Operations representative, and LINA's Rule 30(b)(6) witness in an action captioned Jane Barnes v. Life Ins. Co. of North America, CV 07- 6103, taken on January 16, 2008.

3. Annexed hereto as Exhibit "B" is a true and accurate copy of letters from Counsel exchanged in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 5, 2008

_____
Jason Newfield