06/20/2008  14:05  Frankel & Newfield, P.C.                    (FAX)516 222 0513      P.002/004
                          516 222 0513

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
NANCY TRUSSEL,

                Plaintiff,        07CV 6101 (SAS)

      -against-

CIGNA LIFE INSURANCE COMPANY OF
NEW YORK, and CORNELL UNIVERSITY,

                Defendant.
----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/08

### Joint Stipulation of Dismissal

The Plaintiff, Nancy Trussel, by and through undersigned counsel, and the Defendants, CIGNA Life Insurance Company of New York ("CLICNY") and Cornell University, by and through undersigned counsel, have agreed to voluntary dismissal WITH PREJUDICE of Plaintiff's claim to attorney's fees on all claims through the date of the filing of this stipulation, and interest on past due Long-Term Disability Benefits through the date of the filing of this stipulation. Plaintiff Trussel, Defendant CLICNY and Defendant Cornell University further agree to voluntary dismissal WITHOUT PREJUDICE of all other claims that were brought or could have been brought in this action. The parties agree that this dismissal will not alter the future rights and obligations of the parties under the terms of the policies and will not alter the future rights and obligations of ancillary benefits provided by the employer and plans.

1970442.1

RECEIVED TIME  JUN. 20.  3:03PM

Respectfully Submitted,

_____
Jason A. Newfield, Esq.
Frankel & Newfield, P.C.
Attorneys for Plaintiff


_____
Michelle M. Arbitrio, Esq.
Wilson Elser
Attorneys for Defendants

6/25/08

### Certificate of Service

The undersigned certifies that a true and exact copy of the foregoing document has been served upon all parties, by

1970442.1

06/20/2008  14:07  Frankel & Newfield, P.C.                    (FAX)516 222 0513          P.004/004
                                  516 222 0513

electronic mail, this ____ Day of June, 2008.

                                                      /s/Michelle M. Arbitrio
                                                      Michelle M. Arbitrio, Esq.

1970442.1

RECEIVED TIME  JUN. 20.  3:03PM