Settendling

06/20/2008   14:05   Frankel & Newfield, P.C.                    (FAX)516 222 0513         P.002/004

516 222 0513

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

NANCY TRUSSEL,

                                    Plaintiff,                   07CV 6101 (SAS)

                    -against-

CIGNA LIFE INSURANCE COMPANY OF
NEW YORK, and CORNELL UNIVERSITY,

                                    Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08

## Joint Stipulation of Dismissal

The Plaintiff, Nancy Trussel, by and through undersigned
counsel, and the Defendants, CIGNA Life Insurance Company of New
York ("CLICNY") and Cornell University, by and through
undersigned counsel, have agreed to voluntary dismissal WITH
PREJUDICE of Plaintiff's claim to attorney's fees on all claims
through the date of the filing of this stipulation, and interest
on past due Long-Term Disability Benefits through the date of
the filing of this stipulation. Plaintiff Trussel, Defendant
CLICNY and Defendant Cornell University further agree to
voluntary dismissal WITHOUT PREJUDICE of all other claims that
were brought or could have been brought in this action. The
parties agree that this dismissal will not alter the future
rights and obligations of the parties under the terms of the
policies and will not alter the future rights and obligations of
ancillary benefits provided by the employer and plans.

1970442.1

RECEIVED TIME   JUN. 20.   3:03PM

06/20/2008   14:06   Frankel & Newfield, P.C.                    (FAX)516 222 0513          P.003/004
                                    516 222 0513

Respectfully Submitted,

Jason A. Newfield, Esq.
Frankel & Newfield, P.C.
Attorneys for Plaintiff

Michelle M. Arbitrio, Esq.
Wilson Elser
Attorneys for Defendants

6/26/08

## Certificate of Service

The undersigned certifies that a true and exact copy of the
foregoing document has been served upon all parties, by

1970442.1

RECEIVED TIME   JUN. 20.   3:03PM

06/20/2008    14:07   Frankel & Newfield, P.C.                    (FAX)516 222 0513           P.004/004

516 222 0513

electronic mail, this _____ Day of June, 2008.

___/s/Michelle M. Arbitrio___
Michelle M. Arbitrio, Esq.

1970442.1